Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-847

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 09, 2024

---

## Title

**Title of Work:** Pumpkin Delivery

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 15, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Ryan Conners
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ryan Conners
707 North St., Oil City, PA, 16301, United States

## Rights and Permissions

**Name:** Ryan Conners
**Email:** kilkennycat_@yahoo.com
**Address:** 707 North St.
Oil City, PA 16301 United States

## Certification

**Name:** David Denholm
**Date:** November 13, 2023
**Applicant's Tracking Number:** RC2023111312

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-224-587

**Effective Date of Registration:**
September 30, 2020
**Registration Decision Date:**
November 25, 2020

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

Title of Work: Autumn Pumpkin Coffee Cat

## Completion/Publication

Year of Completion: 2015
Date of 1st Publication: September 18, 2015
Nation of 1st Publication: United States

## Author

• Author: Ryan Conners
Author Created: Painting
Citizen of: United States
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Ryan Conners
707 North St, Oil City, PA, 16301, United States

## Rights and Permissions

Name: Ryan Conners
Email: kilkennycat_@yahoo.com
Telephone: (503)816-3110
Alt. Telephone: (503)816-3110
Address: 707 North St
Oil City, PA 16301 United States



Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-299-773

**Effective Date of Registration:**
April 25, 2022
**Registration Decision Date:**
May 16, 2022

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
 

      **Title of Work:**   Iced Coffee Tuxedo Cat

## Completion/Publication

     **Year of Completion:**   2015
   **Date of 1st Publication:**   June 09, 2015
 **Nation of 1st Publication:**   United States

## Author

        •   **Author:**   Ryan Conners
    **Author Created:**   Painting
       **Citizen of:**   United States

## Copyright Claimant

   **Copyright Claimant:**   Ryan Conners
   707 North St, Oil City, PA, 16301, United States

## Rights and Permissions

         **Name:**   Ryan Conners
         **Email:**   kilkennycat_@yahoo.com
    **Telephone:**   (503)816-3110
 **Alt. Telephone:**   (503)816-3110
     **Address:**   707 North St
   Oil City, PA 16301 United States

## Certification

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-187-238

**Effective Date of Registration:**
December 06, 2019
**Registration Decision Date:**
January 23, 2020

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

Title of Work: A Latte of Love

## Completion/Publication

Year of Completion: 2015
Date of 1st Publication: July 29, 2015
Nation of 1st Publication: United States

## Author

• Author: Ryan Conners
Author Created: Painting
Citizen of: United States

## Copyright Claimant

Copyright Claimant: Ryan Conners
707 North St, Oil City, PA, 16301, United States

## Rights and Permissions

Name: Ryan Conners
Email: kilkennycat_@yahoo.com
Telephone: (503)816-3110
Alt. Telephone: (503)816-3110
Address: 707 North St
Oil City, PA 16301 United States

## Certification

Page 1 of 2



Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-184-875

**Effective Date of Registration:**
November 25, 2019
**Registration Decision Date:**
January 07, 2020

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

Title of Work: Winter Coffee Cat

## Completion/Publication

Year of Completion: 2015
Date of 1st Publication: December 22, 2015
Nation of 1st Publication: United States

## Author

• Author: Ryan Conners
Author Created: Painting
Citizen of: United States

## Copyright Claimant

Copyright Claimant: Ryan Conners
707 North St, Oil City, PA, 16301, United States

## Rights and Permissions

Name: Ryan Conners
Email: kilkennycat_@yahoo.com
Telephone: (503)816-3110
Alt. Telephone: (503)816-3110
Address: 707 North St
Oil City, PA 16301 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-377-844

**Effective Date of Registration:**
November 13, 2023

**Registration Decision Date:**
January 09, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Kitty Takes a Ride On A Chicken |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | April 05, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Ryan Conners |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ryan Conners |
| | 707 North St., Oil City, PA, 16301, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Ryan Conners |
| **Email:** | kilkennycat_@yahoo.com |
| **Address:** | 707 North St. |
| | Oil City, PA 16301 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | November 13, 2023 |
| **Applicant's Tracking Number:** | RC2023111310 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-377-750

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 08, 2024

---

## Title
        **Title of Work:**  Black Cat Cafe

## Completion/Publication
        **Year of Completion:**  2013
        **Date of 1st Publication:**  January 06, 2013
        **Nation of 1st Publication:**  United States

## Author
        •     **Author:**  Ryan Conners
        **Author Created:**  2-D artwork
        **Citizen of:**  United States

## Copyright Claimant
        **Copyright Claimant:**  Ryan Conners
        707 North St., Oil City, PA, 16301, United States

## Rights and Permissions
        **Name:**  Ryan Conners
        **Email:**  kilkennycat_@yahoo.com
        **Address:**  707 North St.
        Oil City, PA 16301 United States

## Certification
        **Name:**  David Denholm
        **Date:**  November 13, 2023
        **Applicant's Tracking Number:**  RC2023111305



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-838

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 09, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | The Library Cat |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | April 27, 2015 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Ryan Conners |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ryan Conners |
| | 707 North St., Oil City, PA, 16301, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Ryan Conners |
| **Email:** | kilkennycat_@yahoo.com |
| **Address:** | 707 North St. |
| | Oil City, PA 16301 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | November 13, 2023 |
| **Applicant's Tracking Number:** | RC2023111315 |

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-748

**Effective Date of Registration:**
November 13, 2023

**Registration Decision Date:**
January 08, 2024

---

### Title
_____

**Title of Work:** Autumn Siamese Coffee Cat

### Completion/Publication
_____

**Year of Completion:** 2014
**Date of 1st Publication:** October 19, 2014
**Nation of 1st Publication:** United States

### Author
_____

- **Author:** Ryan Conners
  **Author Created:** 2-D artwork
  **Citizen of:** United States

### Copyright Claimant
_____

**Copyright Claimant:** Ryan Conners
707 North St., Oil City, PA, 16301, United States

### Rights and Permissions
_____

**Name:** Ryan Conners
**Email:** kilkennycat_@yahoo.com
**Address:** 707 North St.
Oil City, PA 16301 United States

### Certification
_____

**Name:** David Denholm
**Date:** November 13, 2023
**Applicant's Tracking Number:** RC2023111304

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-751

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 08, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Catpuccino Tuxedo Cat |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | May 17, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Ryan Conners |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ryan Conners |
| | 707 North St., Oil City, PA, 16301, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Ryan Conners |
| **Email:** | kilkennycat_@yahoo.com |
| **Address:** | 707 North St. |
| | Oil City, PA 16301 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | November 13, 2023 |
| **Applicant's Tracking Number:** | RC2023111306 |

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-381-318

**Effective Date of Registration:**
November 27, 2023
**Registration Decision Date:**
February 05, 2024

---

## Title
           **Title of Work:**    Black Cats in the Pumpkin Patch

## Completion/Publication
           **Year of Completion:**    2019
      **Date of 1st Publication:**    September 16, 2019
  **Nation of 1ˢᵗ Publication:**    United States

## Author
     •        **Author:**    Ryan Conners
        **Author Created:**    2-D artwork
           **Citizen of:**    United States

## Copyright Claimant
    **Copyright Claimant:**    Ryan Conners
                      707 North St., Oil City, PA, 16301, United States

## Rights and Permissions
                **Name:**    Ryan Conners
               **Email:**    kilkennycat_@yahoo.com
           **Address:**    707 North St.
                        Oil City, PA 16301 United States

## Certification
                **Name:**    David Denholm
                 **Date:**    November 27, 2023
  **Applicant's Tracking Number:**    RC2023112701



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-840

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 09, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | A Latte of Love Ginger Cat |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | July 17, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Ryan Conners |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ryan Conners |
| | 707 North St., Oil City, PA, 16301, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Ryan Conners |
| **Email:** | kilkennycat_@yahoo.com |
| **Address:** | 707 North St. |
| | Oil City, PA 16301 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | November 13, 2023 |
| **Applicant's Tracking Number:** | RC2023111301 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-377-842**

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 09, 2024

---

## Title

Title of Work: Frida Y Gatos Yellow

## Completion/Publication

Year of Completion: 2013
Date of 1st Publication: February 18, 2013
Nation of 1ˢᵗ Publication: United States

## Author

•       Author: Ryan Conners
Author Created: 2-D artwork
Citizen of: United States

## Copyright Claimant

Copyright Claimant: Ryan Conners
707 North St., Oil City, PA, 16301, United States

## Rights and Permissions

Name: Ryan Conners
Email: kilkennycat_@yahoo.com
Address: 707 North St.
Oil City, PA 16301 United States

## Certification

Name: David Denholm
Date: November 13, 2023
Applicant's Tracking Number: RC2023111309

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-849

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 09, 2024

---

## Title

**Title of Work:** The Familiars

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** September 14, 2014
**Nation of 1st Publication:** United States

## Author

**Author:** Ryan Conners
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ryan Conners
707 North St., Oil City, PA, 16301, United States

## Rights and Permissions

**Name:** Ryan Conners
**Email:** kilkennycat_@yahoo.com
**Address:** 707 North St.
Oil City, PA 16301 United States

## Certification

**Name:** David Denholm
**Date:** November 13, 2023
**Applicant's Tracking Number:** RC2023111314

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-753

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 08, 2024

---

## Title

        **Title of Work:**   Christmas Tux Cat On A Bicycle

## Completion/Publication

      **Year of Completion:**   2015
    **Date of 1st Publication:**   November 06, 2015
  **Nation of 1ˢᵗ Publication:**   United States

## Author

    •        **Author:**   Ryan Conners
    **Author Created:**   2-D artwork
        **Citizen of:**   United States

## Copyright Claimant

   **Copyright Claimant:**   Ryan Conners
    707 North St., Oil City, PA, 16301, United States

## Rights and Permissions

           **Name:**   Ryan Conners
          **Email:**   kilkennycat_@yahoo.com
       **Address:**   707 North St.
    Oil City, PA 16301 United States

## Certification

           **Name:**   David Denholm
           **Date:**   November 13, 2023
 **Applicant's Tracking Number:**   RC2023111308

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-225-121

**Effective Date of Registration:**
October 30, 2020
**Registration Decision Date:**
December 01, 2020

---

### Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title
              **Title of Work:**  French Press Coffee Cats

## Completion/Publication
         **Year of Completion:**  2019
    **Date of 1st Publication:**  April 12, 2019
   **Nation of 1ˢᵗ Publication:**  United States

## Author
              **Author:**  Ryan Conners
       **Author Created:**  Painting
          **Citizen of:**  United States

## Copyright Claimant
    **Copyright Claimant:**  Ryan Conners
                 707 North St, Oil City, PA, 16301, United States

## Rights and Permissions
              **Name:**  Ryan Conners
              **Email:**  kilkennycat_@yahoo.com
         **Telephone:**  (503)816-3110
   **Alt. Telephone:**  (503)816-3110
          **Address:**  707 North St
                 Oil City, PA 16301 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-377-846

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 09, 2024

---

## Title

**Title of Work:** New Autumn Coat

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 04, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Ryan Conners
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ryan Conners
707 North St., Oil City, PA, 16301, United States

## Rights and Permissions

**Name:** Ryan Conners
**Email:** kilkennycat_@yahoo.com
**Address:** 707 North St.
Oil City, PA 16301 United States

## Certification

**Name:** David Denholm
**Date:** November 13, 2023
**Applicant's Tracking Number:** RC2023111311

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-738

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 08, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Autumn Pumpkin Coffee Cat Fiona |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | October 09, 2015 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Ryan Conners |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ryan Conners |
| | 707 North St., Oil City, PA, 16301, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Ryan Conners |
| **Email:** | kilkennycat_@yahoo.com |
| **Address:** | 707 North St. |
| | Oil City, PA 16301 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | November 13, 2023 |
| **Applicant's Tracking Number:** | RC2023111303 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-226-530**

**Effective Date of Registration:**
October 05, 2020

**Registration Decision Date:**
December 07, 2020

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
_____

Title of Work: Mother's Day Bicycle Ride

## Completion/Publication
_____

Year of Completion: 2019
Date of 1st Publication: April 16, 2019
Nation of 1st Publication: United States

## Author
_____

- Author: Ryan Conners
  Author Created: Painting
  Citizen of: United States

## Copyright Claimant
_____

Copyright Claimant: Ryan Conners
707 North St, Oil City, PA, 16301, United States

## Rights and Permissions
_____

Name: Ryan Conners
Email: kilkennycat_@yahoo.com
Telephone: (503)816-3110
Alt. Telephone: (503)816-3110
Address: 707 North St
Oil City, PA 16301 United States

## Certification
_____

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-735

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 08, 2024

---

## Title

**Title of Work:** Autumn Fat Ginger Cat on A Bicycle

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 01, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Ryan Conners
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ryan Conners
707 North St., Oil City, PA, 16301, United States

## Rights and Permissions

**Name:** Ryan Conners
**Email:** kilkennycat_@yahoo.com
**Address:** 707 North St.
Oil City, PA 16301 United States

## Certification

**Name:** David Denholm
**Date:** November 13, 2023
**Applicant's Tracking Number:** RC2023111302



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-377-752

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 08, 2024

---

## Title
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Title of Work:** Cats in the Pumpkin Patch

## Completion/Publication
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Year of Completion:** 2014
**Date of 1st Publication:** September 05, 2014
**Nation of 1st Publication:** United States

## Author
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

- **Author:** Ryan Conners
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Copyright Claimant:** Ryan Conners
707 North St., Oil City, PA, 16301, United States

## Rights and Permissions
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Name:** Ryan Conners
**Email:** kilkennycat_@yahoo.com
**Address:** 707 North St.
Oil City, PA 16301 United States

## Certification
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Name:** David Denholm
**Date:** November 13, 2023
**Applicant's Tracking Number:** RC2023111307

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-848

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 09, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Purrfect Performance |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | May 01, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Ryan Conners |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ryan Conners |
| | 707 North St., Oil City, PA, 16301, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Ryan Conners |
| **Email:** | kilkennycat_@yahoo.com |
| **Address:** | 707 North St. |
| | Oil City, PA 16301 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | November 13, 2023 |
| **Applicant's Tracking Number:** | RC2023111313 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-222-226

**Effective Date of Registration:**
September 04, 2020
**Registration Decision Date:**
November 06, 2020

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

        **Title of Work:**    Trick or Treat Group

## Completion/Publication

        **Year of Completion:**    2012
    **Date of 1st Publication:**    October 21, 2012
    **Nation of 1st Publication:**    United States

## Author

              **Author:**    Ryan Conners
        **Author Created:**    Painting
           **Citizen of:**    United States
        **Domiciled in:**    United States

## Copyright Claimant

    **Copyright Claimant:**    Ryan Conners
                    707 NORTH ST, OIL CITY, PA, 16301, United States

## Rights and Permissions

              **Name:**    Ryan Conners
              **Email:**    kilkennycat_@yahoo.com
          **Address:**    707 NORTH ST
                    OIL CITY, PA 16301 United States

## Certification

