IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RYAN CONNERS,<br><br>    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Case No.: 1:24-cv-02385<br><br>Judge Virginia M. Kendall<br><br>Magistrate Judge Young B. Kim |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 54 | Domingup |
| 7 | GuoheStore |
| 94 | Yidanyuan Store |
| 34 | Axupico-Direct |
| 107 | HongHome Store |
| 70 | Yoksas |
| 33 | AMILIEe-【7-15days】 |
| 183 | Mango Canvas Art |
| 99 | MSourcing-UC |
| 111 | minximaoyi |
| 178 | Love A Costume |
| 152 | IMISSILLEB Direct |
| 192 | Yun Lu |
| 43 | Awoscut |
| 58 | FeFaDaiw |
| 32 | YueLiangWW |
| 177 | YOUKURI |
| 13 | CHARMAP- |
| 56 | FMCHICO |
| 112 | YiMei Store |

| | |
|---|---|
| 105 | XanaduC |
| 123 | FJyuanqii |
| 195 | HLSTTcar |
| 197 | ROSELLA MT |
| 103 | KOOLPGTY |
| 181 | Infashule |
| 108 | Jessica Dorsey |
| 179 | Alice Ladies Costume |
| 69 | YUANstore |
| 109 | KAWOEEW |
| 124 | shijiazhuangshiliaomengshangmaoyouxiangongsi |
| 9 | Bingzw |
| 16 | Darlenea |
| 45 | SIMSAAB |
| 59 | XISIYUE |

DATED:  May 5, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 5, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt
